# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **WILLIAM ARMSTEAD,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1) and §** |
| | : | **841(b)(1)(C)** |
| Defendant. | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Cocaine Base)** |
| | : | **21 U.S.C. § 841(a)(1) and §** |
| | : | **841(b)(1)(C)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Suboxone)** |
| | : | **21 U.S.C. § 844(a)** |
| | : | **(Simple Possession of a Controlled** |
| | : | **Substance)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p);** |
| | : | **28 U.S.C. § 2461(c)** |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about November 15, 2013, within the District of Columbia, **WILLIAM ARMSTEAD,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about November 15, 2013, within the District of Columbia, **WILLIAM ARMSTEAD**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of suboxone, also known as buprenorphine and naloxone, a Schedule III controlled substance.

(**Unlawful Possession With Intent to Distribute Suboxone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about November 15, 2013, within the District of Columbia, **WILLIAM ARMSTEAD**, did unlawfully, knowingly and intentionally possess a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(P**ossession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about November 15, 2013, within the District of Columbia, **WILLIAM ARMSTEAD,** having been convicted of a crime punishable by imprisonment for a term

exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2007-CF2-026054 and 1990-FEL-000771, did unlawfully and knowingly receive and possess a firearm, that is, a Smith and Wesson, Model 10-7, .38 caliber Revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about November 15, 2013, within the District of Columbia, **WILLIAM ARMSTEAD,** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One and Two of this Indictment which are incorporated herein, a firearm, that is, a Smith and Wesson, Model 10-7, .38 caliber Revolver.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts Four and/or Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18 U.S.C. Section 924(d) and Title 28 U.S.C., Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Smith and Wesson, Model 10-7, .38 caliber Revolver, and .38mm caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

     (a)    cannot be located upon the exercise of due diligence;

     (b)    has been transferred or sold to, or deposited with, a third party;

     (c)    has been placed beyond the jurisdiction of the Court;

     (d)    has been substantially diminished in value; or

     (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C., Section 853(p), as incorporated by 28 U.S.C., Section 2461(c).

> (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia